UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALD ASH,

        Plaintiff,

                                              CASE NO. 12-CV-15201

v.                                           HONORABLE GEORGE CARAM STEEH

WALGREENS SPECIALTY
PHARMACY, LLC, and
WALGREENS CO.,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION TO ADJOURN TRIAL (DOC. 31)**

      Trial is set to begin in this employment discrimination case on May 20, 2014. Defendants have filed a motion for a 90-day extension of time due to (1) a scheduling conflict arising out of another trial, and (2) the fact that the lead attorney assigned to this case left the employ of defense counsel's law firm on March 7, 2014. Plaintiff opposes any adjournment on the grounds that another attorney from the defense counsel's law firm has been identified as an attorney to be noticed all along, the trial of this case has been adjourned twice already, and plaintiff continues to suffer damages arising out of his allegedly wrongful termination by defendants. In the alternative, plaintiff argues any adjournment should be limited to 30-days.

      Defendants have shown good cause for the adjournment sought; thus, defendant's motion to adjourn the trial date (Doc. 31) is GRANTED. Due to the court's heavy docket, this matter cannot be rescheduled within 30-days of the original trial date. The new trial

date is July 21, 2014 at 9:00 a.m.  The Joint Final Pretrial Conference is set for July 7, 2014 at 2:00 p.m. and the Joint Final Pretrial Order shall be filed on or before June 30, 2014.

**IT IS SO ORDERED.**

Dated:  March 19, 2014

>   s/George Caram Steeh
>   GEORGE CARAM STEEH
>   UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 19, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk